## No. 10,431.

### THE STATE OF LOUISIANA vs. HARRY LYON.

An appeal made returnable by fault of appellant, at a different place and time from that required by law, will be dismissed.

State ex rel. LeBlanc vs. Judge.

APPEAL from the Nineteenth District Court, Parish of St. Mary.
    *Allen*, J.

*Walter H. Rogers*, Attorney General, and *Walter J. Suthon*, District Attorney for the State Appellee.

*Foster & Mentz* for Defendant and Appellant.

The opinion of the Court was delivered by

'FENNER, J.    The motion to dismiss this appeal must prevail.

The record shows that on the motion of counsel for the defendant, the appeal was made returnable to this court at New Orleans, which motion and order were made on September 24th, 1889, after which date the next ensuing session of this court was at Shreveport, to which the law required that the appeal should be returned.    This is fatal to the appeal.    Sec. 4, Act 30, of 1878.    State vs. Cloud, 40 Ann. 618.    State vs. Jenkins, 36 Ann. 865.

It is, therefore, ordered that the appeal herein be dismissed.